# ELECTRONIC RECORD

922-15
923-15

COA # 14-14-00085-CR

OFFENSE: Aggravated Sexual Assault

STYLE: Cody Carr v The State of Texas

COUNTY: Harris

COA DISPOSITION: Affirmed

TRIAL COURT: 183rd District Court

DATE: June 23, 2015    Publish: Yes

TC CASE #:1405759

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Cody Carr v The State of Texas

CCA # _____

___APPELLANT'S___    Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

___REFUSED___

DATE: __11/04/2015__

JUDGE: _____

CCA Disposition: __922-15__

DATE: __923-15__

JUDGE: _____

SIGNED: _____    PC: _____

PUBLISH: _____    DNP: _____

----------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**